CONNECTICUT PRINTERS, INC. *v.* REDEVELOPMENT
AGENCY OF THE CITY OF HARTFORD

The plaintiff's motion for review of order grant-
ing the defendant's late filed motion for extension of
time for filing its brief, with request for an early
argument of the case, is granted. The order per-
mitting the extension of time is vacated. The de-
fendant is ordered to file its brief on or before
March 15, 1970. The appeal from the Superior
Court in Hartford County is ordered to be assigned
for argument during the April, 1970, term.

*Theodore M. Space,* in support of the motion.

Submitted February 24—decided March 3, 1970

STATE OF CONNECTICUT *v.* FRANCES CARTER

The motion by the defendant for this court to
review the trial court's order denying bail to her on
her appeal from the Superior Court in New Haven
County concerning her conviction for contempt is
denied for insufficiency. Practice Book § 688.

*Catherine G. Roraback,* on the motion.

Submitted February 17—decided March 4, 1970

STATE OF CONNECTICUT *v.* PATRICK MENILLO

The motion by the state entitled "Motion to Dis-
miss" filed December 31, 1969, is denied.

*Francis M. McDonald, Jr.,* state's attorney, with
whom was *Jeremiah M. Keefe,* assistant state's at-
torney, for the state.

*Theodore I. Koskoff,* with whom was *Michael P.
Koskoff,* for the defendant.